https://www.edmondsun.com/news/jury-returns-mixed-verdict-in-jail-beating-case/article_74e73010-4434-11e4-affd-53e7278cf56b.html

# Jury returns mixed verdict in jail beating case

BY MARK SCHLACHTENHAUFEN | THE EDMOND SUN
Sep 24, 2014



Sir Demarco Dartnayon Bledsoe, 23, was arrested in connection with the alleged kidnapping and robbery of a University of Central Oklahoma student.

A jury Tuesday returned a mixed verdict against a defendant charged with beating a female Logan County jail guard and verbally assaulting another female jail officer.

In April 2012, two men picked up a University of Central Oklahoma student at Central Plaza, OSBI spokeswoman Jessica Brown said in a previous report. The men allegedly used a gun to rob the victim, shoot him in the leg and beat him during a drive on Interstate 35, Brown said.

After searching a Langston University apartment and finding evidence related to the alleged crimes, Sir Demarco Dartnayon Bledsoe, 24, of Piedmont, and Randale Ja'rae Anderson, 20, of Tulsa, were arrested and booked into the Tulsa County jail.

The Logan County District Attorney's Office filed one count of robbery with a weapon, one count of kidnapping and one count of assault and battery with a dangerous weapon against Bledsoe, according to court records.

Exhibit #1

In court, Bledsoe entered a plea of not guilty and requested a jury trial. Bond was set in the amount of $100,000 for counts one and two and $50,000 in count three.

Last summer, while Bledsoe was incarcerated at the Logan County jail, he was accused of beating a female guard and threatening another female officer, according to court records. Prosecutors said Bledsoe used his feet to stomp on the guard's face and hand while she lay unconscious on a concrete floor.

The DA's office filed three counts of assault and battery with a dangerous weapon and one count of assault on a police officer against Bledsoe in Logan County District Court.

In April, the court found probable cause to believe that one count of assault and battery with a dangerous weapon was committed.

Witnesses endorsed for the state included the two victims, other sheriff's office personnel, emergency medical service personnel, several nurses and an emergency room doctor.

On Tuesday, after hearing evidence, a jury acquitted Bledsoe on the assault on a police officer charge, but found him guilty of the remaining assault and battery with a dangerous weapon charge.

Albert Hoch Jr., Bledsoe's attorney, said his client received a 5-year sentence.

Bledsoe could have received a prison term for up to 10 years in a penitentiary or one year in the county jail on the assault and battery charge and a fine up to $500, up to six months in jail or both on the assault on a police officer charge.

Hoch declined further comment pending the outcome of the remaining robbery, kidnapping and assault and battery with a dangerous weapon charges in the other case, but did say Bledsoe maintains his innocence.

Anderson, a co-defendent with Bledsoe in the incident that began at Central Plaza, has pleaded guilty to charges of robbery with a weapon, kidnapping and assault and battery with a dangerous weapon.

Anderson's sentence included time in the Logan County jail, credit for time served, potential less additional time for good behavior, $1,500 worth of fines, a $250 victim compensation assessment and 100 hours of community service.

marks@edmondsun.com | 341-2121

## Conversation

FOLLOW

Start the conversation

LOG IN | SIGN UP

ALL COMMENTS

Newest ∨

### Start The Conversation

Powered by ○ viafoura

Exhibit #1